```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                          CASE NO. 07 B 21453
      TERESITA P TESORO
                                                  CHAPTER 13

                                                  JUDGE: JOHN H SQUIRES


           Debtor
      SSN XXX-XX-2375


  ------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
  ------------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

     1.  The case was filed on 11/15/07 and confirmed on 04/25/08.

     2.  The case was dismissed after confirmation, 10/03/2008.

     3.  The Debtor paid a total of $   2900.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BEAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| BEAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| CHASE HOME EQUITY | MORTGAGE ARRE | 1000.00 | .00 | .00 |
| FIRST BANK & TRUST EVANS | UNSECURED | 9258.64 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | 3400.00 | .00 | 226.68 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9871.92 | .00 | .00 |
| EMERGE MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 765.96 | .00 | .00 |
| ROGERS & HOLLAND | UNSECURED | 1076.59 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 9666.23 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 543.71 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4400.00 | .00 | 31183.05 | .00 | 35583.05 |
| PRINCIPAL PAID | 226.68 | .00 | .00 | .00 | 226.68 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 226.68 | .00 | .00 | .00 | 226.68 |

```
  The Debtor's attorney, LAW OFFICE OF JOHN J LYNCH PC , was allowed $   3500.00
  and was paid $    691.00   direct and $   2505.12   through the plan.

  The Trustee received $    168.20 .

  Refunds to the Debtor totaled $        .00 .

        Wherefore, the Trustee requests an order be entered discharging
  the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 01/20/09                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE










                                      PAGE   2
         CASE NO. 07 B 21453 TERESITA P TESORO